CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 29 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RICHIE HANSFORD CONNER, ) | |
|     Plaintiff, ) | Civil Action No. 7:10-cv-00043 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DR. KEITH LONG, et al., ) | By: Samuel G. Wilson |
|     Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that Conner's motion to proceed in forma pauperis is **GRANTED**, this action shall be and hereby is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER:** This 28th day of January, 2010.

_____
United States District Judge